G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
BRIDGETTE RUFF and LEEING HAWORTH

FILED
MAY 31 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGETTE RUFF and LEEING HAWORTH,<br><br>Plaintiffs,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 012-02781 DMR<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**(Unlawful Debt Collection Practices)**<br><br>**Demand Does Not Exceed $10,000** |

## COMPLAINT

### INTRODUCTION

1. This is an action for actual and statutory damages brought by plaintiffs Bridgette Ruff and Leeing Haworth, individual consumers, against defendant Diversified Collection Services, Inc., for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA") and the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §§ 1788 *et seq.*

(hereinafter "RFDCPA"), which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

## VENUE AND JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d), Cal. Civ. Code §§ 1788.30, and 28 U.S.C. § 1331 and § 1337. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

## PARTIES

4. Plaintiff, Bridgette Ruff is a consumer, a natural person allegedly obligated to pay any debt, residing in the state of Ohio.

5. Plaintiff, Leeing Haworth is a consumer, a natural person allegedly obligated to pay any debt, residing in the state of Ohio.

6. Defendant, Diversified Collection Services, Inc. is a corporation engaged in the business of collecting debt in this state with its principal place of business located in Alameda County at 333 North Canyons Parkway, Suite 100, Livermore, CA 94551. The principal purpose of Defendant is the collection of debts in this state and Defendant regularly attempts to collect debts alleged to be due another.

7. Defendant is engaged in the collection of debts from consumers using the mail and telephone. Defendant regularly attempts to collect consumer debts

## COUNT I – FDCPA

13. Plaintiffs repeat and reallege and incorporate by reference to the foregoing paragraphs.

14. Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

    (a) Defendant violated *§1692f* of the FDCPA by using unfair or unconscionable means in connection with the collection of an alleged debt; and

    (b) Defendant violated *§1692e(10)* of the FDCPA by using false, deceptive, or misleading representation or means in connection with the collection of Plaintiff's alleged debt; and

    (c) Defendant violated *§1692e(2)(B)* of the FDCPA by falsely representing the services rendered or compensation which may be lawfully received by the Defendant for the collection of the alleged debt; and

    (d) Defendant violated *§1692e(5)* of the FDCPA by threatening to take action that it did not intend to take.

16. As a result of the foregoing violations of the FDCPA, Defendant is liable to the plaintiffs Bridgette Ruff and Leeing Haworth for actual damages, statutory damages, and costs and attorney fees.

alleged to be due to another. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6), and the Cal. Civ. Code § 1788.2.

## FACTS

8. Upon information and belief, within one year prior to the filing of this complaint, Defendant placed collection calls to Plaintiffs, seeking and demanding payment for an alleged consumer debt owed under an account number.

9. The debt that Defendant is attempting to collect on is an alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment.

10. Upon information and belief, Defendant began contacting Plaintiffs and placing collection calls to Plaintiffs prior to April 27th, 2012.

11. Upon information and belief, within one year of the filing of this complaint, Defendant told both Plaintiffs that it would sue them itself, garnish their wages itself, and get judgments against them itself, when it cannot do so.

12. As a result of the acts alleged above, Plaintiffs suffered emotional distress resulting in Plaintiffs feeling stressed, amongst other negative emotions.

///

///

## COUNT II – RFDCPA

20.  Plaintiffs repeats and realleges and incorporates by reference the foregoing paragraphs.

21.  Defendant violated the RFDCPA. Defendant's violations include, but are not limited to the following:

(a) Defendant violated *§1788.17* of the RFDCPA by being a debt collector collecting or attempting to collect a consumer debt that is not compliant with the provisions of Sections 1692b to 1692j of the FDCPA, the references to federal codes in this section referring to those codes as they read as of January 1, 2001.

22.  Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiffs to pay the alleged debt.

23.  As a result of the foregoing violations of the RFDCPA, Defendant is liable to the plaintiffs Bridgette Ruff and Leeing Haworth for actual damages, statutory damages, and costs and attorney fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Bridgette Ruff and Leeing Haworth respectfully requests that judgment be entered against defendant Diversified Collection Services, Inc. for the following:

A. Actual damages.

B. Statutory damages pursuant to 15 U.S.C. § 1692k.

C. Statutory damages pursuant to Cal. Civ. Code § 1788.30.

D. Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k and Cal. Civ. Code § 1788.30.

E. For such other and further relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED,

DATED: May 23, 2012

**PRICE LAW GROUP APC**

By:____________________
G. Thomas Martin, III
Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

Please take notice that plaintiff Bridgette Ruff and Leeing Haworth demand trial by jury in this action.