UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| BRIDGETTE RUFF, ET AL., | No. C 12 02781 LB |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| DIVERSIFIED COLLECTION SERVICES, INC., | |
| Defendant. | |

The court previously scheduled a settlement conference for December 18, 2012 and issued an order requiring the parties to submit settlement conference statements by December 11, 2012. 9/25/12 Order, ECF No. 24. Neither party submitted statements. After the court staff called the parties on December 12, 2012, Defendant emailed a statement apparently mailed on December 11, 2012. Court staff left two messages for Plaintiffs' counsel, who has not responded.

Defendant's statement does not contain all of the information that the court's order requires, and it is apparent from it that the parties have not met and conferred as required by paragraph B. *See* ECF No. 24. The court points out to the parties that it requires an exchange of demand and response, and it also requires the parties' personal appearance at the settlement conference.

Given these apparent deficiencies, the court orders the parties to correct the deficiencies as follows. The parties shall meet and confer by telephone by 10 a.m. on Thursday, December 13, 2012. Plaintiffs must submit their settlement conference statement by noon by email to the court's

C 12 2781 LB
ORDER TO SHOW CAUSE

orders box at lbpo@cand.uscourts.gov and should file a separate statement showing cause why they have not complied with the court's previous order.  (The court understands that calendaring errors happen but wants an explanation.)   Defendant must then email an additional settlement conference statement with the additional information required by the court's order at ECF No. 24.

**IT IS SO ORDERED.**

Dated: December 12, 2012

_____
LAUREL BEELER
United States Magistrate Judge