UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| BRIDGETTE RUFF, ET AL., | No. C 12 02781 LB |
| Plaintiff(s), | **SUPPLEMENTAL ORDER** |
| v. | |
| DIVERSIFIED COLLECTION SERVICES, INC., | |
| Defendant. | |

The court appreciates Plaintiffs' submissions and deems them adequate to address the show cause issue.

The settlement statements still do not include information that the court ordered, including who is attending the conference (as required by the in-person attendance procedures for all parties and counsel). *See* 9/25/12 Order, ECF No. 24. Other omissions by both parties include fees and costs to date.

Plaintiffs should provide an informal update about the issues it identified by Friday, December 13, 2012, at noon. That should not be e-filed and instead should be emailed to the court's orders box at lbpo@cand.uscourts.gov and exchanged with Defendant (if appropriate). Depending on that update, the parties will need to provide additional information before the settlement conference on Tuesday. That information includes the demand and response and the fees and costs to date. Both parties should review the court's order at ECF No. 24 and submit additional information by Monday,

C 12 2781 LB
ORDER TO SHOW CAUSE

1  December 17, 2012 at 9:30 a.m. by email to the court's orders box.

2  **IT IS SO ORDERED.**

3  Dated: December 13, 2012

4  _____
   LAUREL BEELER
   United States Magistrate Judge